Andrew S. Brignone, Esq.
Nevada Bar No. 751
Jason S. Jeskey, Esq.
Nevada Bar No. 11168
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL NO. 525 HEALTH AND WELFARE TRUST AND PLAN; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND THE LAS VEGAS JOINT APPRENTICE AND JOURNEYMAN TRAINING COMMITTEE FOR THE PLUMBING AND PIPEFITTING TRADES,<br><br>Plaintiffs,<br>vs.<br><br>A.M.N. MECHANICAL, INC., a Nevada corporation; JAMES WALKER, an individual; and DENISE WALKER, an individual,<br><br>Defendants. | Case No. 2:06-cv-00838-KJD-PAL<br><br>**MOTION TO WITHDRAW MOTION FOR ORDER TO SHOW CAUSE**<br><br>**AND**<br><br>**TO VACATE HEARING** |

Plaintiffs, the Trustees of the Plumbers and Pipefitters Local No. 525 Health and Welfare Trust and Plan; Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan; and the Las Vegas Joint Apprentice and Journeyman Training Committee for the Plumbing and Pipefitting Trades ("Trust Funds") hereby move to withdraw their Motion for Order to Show Cause.

1

The Trust Funds have recently learned that the Notice of Examination of Judgment Debtor James Walker and Request to Produce Documents served on June 10, 2010 was inadvertently served on an unrelated James Walker. Based on this new information, the Trust Funds request that the Court grant the Trust Funds' request to withdraw their Motion for Order to Show Cause.

As the Trust Funds are withdrawing their Motion for Order to Show Cause, they also request that the show cause hearing, currently set for October 12, 2010, be vacated.

Dated: September 29, 2010.    BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Jason S. Jeskey
Jason S. Jeskey, Esq.
Nevada Bar No. 11168
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

**O R D E R**

**IT IS SO ORDERED.**

_____
**United States District/Magistrate Judge**

**Case No. 2:06-cv-00838-KJD-PAL**

**Dated:**   October 4, 2010

2